IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENDEZ VACA,

    Petitioner,                No. 2:10-cv-1077 MCE KJN P

    vs.

MATTHEW CATE,

    Respondent.            ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 30, 2010, respondent filed a motion to dismiss this action based on the statute of limitations. Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner shall show cause in writing, within twenty-one days, why his failure to oppose respondent's June 30, 2010 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and shall file such opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that

1  this action be dismissed.
2             SO ORDERED.
3  DATED: October 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vaca1077.osc.no.opp.